AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-57 (JFD) |
| NITZANA BELLE FLORES | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 7, 2026, in the State and District of Minnesota, the defendant **Nitzana Belle Flores** (1998), did forcibly assault, resist, oppose, impede, or interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1 and Victim 2, United States Border Patrol Agents, who were engaged in, and on account of, the performance of official duties, and such acts involved physical contact with the victims, all in violation of Title 18, 111(a)(1).

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

_____
*Complainant's signature*

Richard Berger, Special Agent, HSI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Facetime and email), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: January 23, 2026

City and State: St. Paul, MN

_____
*Judge's Signature*
John F. Docherty
United States Magistrate Judge
*Printed Name and Title*