UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
ARRAIGNMENT, STATUS CONFERNCE, MOTION MINUTES

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| | BEFORE: DULCE J. FOSTER |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 26-mj-0057 (PAM/DJF) |
| | Date: February 18, 2026 |
| Nitzana Belle Flores, | Courthouse: Minneapolis |
| | Courtroom: Courtroom 8E |
| Defendant. | Court Reporter: Janell Gruber |
| | Time Commenced: 9:29 AM |
| | Time Concluded: 9:49 AM |
| | Time in Court: 20 Minutes |

APPEARANCES:

    Plaintiff: Michael Hakes-Rodriguez, Assistant U.S. Attorney
    Defendant: Aaron Morrison, Federal Defender

**PROCEEDINGS:**

**Misdemeanor Information Dated:** February 3, 2026

☒ Reading of Information Waived

☒ Not Guilty Plea Entered

☒ Advised of Rights

Defendant advised of the charges in the misdemeanor information [16], the potential penalties, and her rights, including the right to jury trial by District Judge.

Government's Motion for Correction [15] is DENIED AS MOOT, to the extent the Government seeks to remove AUSA Matt Evans from the docket as active counsel. The Government's motion [15] is otherwise DENIED.

Counsel to be notified of additional dates by separate Scheduling Order to be issued.

                                                s/*LNP*
                                                Courtroom Deputy