UNITED STATES DISTRICT COURT
District of Minnesota

Criminal No. 26-mj-57 (PAM/DJF)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                  **NOTICE OF SUBSTITUTION**

NITZANA BELLE FLORES

Defendant.


Please add the following Special Assistant United States Attorney to the above-captioned case:

Add SAUSA

William L. Richards


Remove SAUSA

Michael Hakes-Rodriguez


Dated: April 6, 2026                          Respectfully submitted,

                                              DANIEL N. ROSEN
                                              United States Attorney


                                              s/William L. Richards____
                                         BY:  William L. Richards
                                              Special Assistant U.S. Attorney