**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                         Case No: 26-mj-0057 (PAM/DJF)

    Plaintiff,

                **ORDER ON DEFENDANT'S**
v.                **MOTION TO EXCLUDE TIME**
               **UNDER THE SPEEDY TRIAL ACT**

Nitzana Belle Flores,

    Defendant.


  This matter is before the Court on Defendant's Motion to Exclude Time Under the Speedy Trial Act ("Motion") (ECF No. 48), which seeks to exclude 180 days under the Speedy Trial Act beginning on the date of the Court's Order. As grounds for the requested continuance, counsel for Defendant Flores states additional time is needed to confer with defense counsel to discuss and complete negotiations with the Government. The Government does not object to the motion.

  The Court has reviewed the Motion (ECF No. 48) and the Statement of Facts (ECF No. 49) and finds good cause to exclude time under the Speedy Trial Act.  Accordingly, **IT IS HEREBY ORDERED** that the Motion to Exclude Time (ECF No. 48) is **GRANTED.**

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **November 23, 2026**

2. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **December 7, 2026**, in accordance with Local Rule 12.1(c)(3)(A).

3. Any Responsive Notice of Intent to Call Witnesses must be filed by **December 10, 2026**, in accordance with Local Rule 12.1(c)(3)(B).

4. The motions hearing currently scheduled for **July 7, 2026 at 9:30 a.m**. is **CANCELED**.

5.      A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a.      The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.      Oral argument is requested by either party in its motion, objection or response pleadings.

6.      If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **December 16, 2026** at **9:30 a.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

7.      Trial and trial-related dates will be set by separate order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from **May 19, 2026,** the date the motion to exclude time was filed, **through November 23, 2026,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated: May 27, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge